IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00115-PSF-MEH

EAST WEST PARTNERS, INC.,

    Plaintiff,

v.

BOSTON MUTUAL LIFE INSURANCE COMPANY; and
GREENWOOD INTERNATIONAL INSURANCE SERVICES, INC.,

    Defendant.

---

### ORDER GRANTING DISMISSAL

---

This matter is before the Court on the parties' Stipulation for Dismissal Without Prejudice (Dkt. # 14). The Court, having been fully advised in the premises, hereby DISMISSES this matter without prejudice.

DATED: February 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge